**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marvin Wayne WILLIAMS, Jr., a/k/a
Lil Wayne, Defendant–
Appellant.**

No. 13–6758.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 27, 2013.

Marvin Wayne Williams, Jr., Appellant pro se. Michael Phillip Ben'Ary, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Wayne Williams, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams*, No. 1:09–cr–00414–JCC–3 (E.D.Va. Apr. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*